# Exhibit 1

# (Sample Ballot)



UTAH COUNTY CLERK
ELECTIONS DIVISION

UTAH COUNTY CLERK
ELECTIONS DIVISION
STE 3100
100 E CENTER STREET
PROVO, UT 84606

NONPROFIT ORG.
U.S. POSTAGE
PAID
UTAH COUNTY
CLERK/AUDITOR

OFFICIAL ELECTION MAIL
Authorized by the U.S. Postal Service

OFFICIAL BALLOT ENCLOSED

PRIMARY ELECTION
06/23/2026

26146 05:53:13

RETURN SERVICE REQUESTED

If this voter no longer resides at this address, **please help us keep our voter records clean** by calling or emailing the Utah County Elections Division at
**(801) 851-8128 or elections@utahcounty.gov**

25EM07 640158977 6225460 1

PRIMARY ELECTIO
06/23/2026

[redacted]
EAGLE MOUNTAIN UT 84005-6322

5/20/2026 6:09:51 AM
25522
S-4
1691IDN01101