# Exhibit 2

# (Dumpster)





